## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Viagra Products Liability Litigation | MDL No. 06-1724 (PAM) |

*This Order Relates to*:

| | |
|---|---|
| Jeffrey Keith, | Civil No. 06-3028 (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| Pfizer, Inc., | |
| Defendant. | |

Based on the joint Stipulation for Dismissal without Prejudice, **IT IS HEREBY ORDERED** that the claims asserted in the Complaint are **DISMISSED without prejudice**.

Date: March 12, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge
